### 16551.  MOORE *v.* GEORGIA RAILWAY & POWER COMPANY.

BROYLES, C. J.  The court did not err in awarding a nonsuit.

(a) The plaintiff failed to prove her case as laid.

(b) The undisputed evidence introduced by the plaintiff showed that her husband, at the time of his homicide, for which she was suing, was not exercising ordinary care for his own protection.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 29, 1925.

Action for damages; from city court of Atlanta—Judge Reid. May 4, 1925.

*Thomas J. Lewis,* for plaintiff.
*Colquitt & Conyers, Sidney Smith,* for defendant.